**UNITED STATES BANKRUPTCY COURT**
**WAW-WESTERN DISTRICT OF WASHINGTON**

In re:

      Agostinho A Campanario, Jr.
      Kelly J Campanario
          Debtor(s)

Case No. 14-13010-CMA

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Jason Wilson-Aguilar, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)  The case was filed on <u>04/19/2014</u>.

    2)  The plan was confirmed on <u>10/15/2014</u>.

    3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u> NA </u>.

    4)  The trustee filed action to remedy default by the debtor in performance under the plan on <u>11/17/2015, 11/30/2016, 10/02/2019</u>.

    5)  The case was completed on <u>11/05/2019</u>.

    6)  Number of months from filing to last payment: <u>67</u>.

    7)  Number of months case was pending: <u>70</u>.

    8)  Total value of assets abandoned by court order: <u> NA </u>.

    9)  Total value of assets exempted: <u>$31,910.00</u>.

    10) Amount of unsecured claims discharged without payment: <u>$222,726.92</u>.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $69,285.00 | |
| Less amount refunded to debtor | $67.01 | |
| **NET RECEIPTS:** | | **$69,217.99** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $181.00 | |
| Trustee Expenses & Compensation | $3,651.26 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$7,332.26** |

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Accelerated Collections | Unsecured | 2,007.27 | NA | NA | 0.00 | 0.00 |
| Afni, Inc | Unsecured | 251.04 | NA | NA | 0.00 | 0.00 |
| Agostinho A Campanario Jr | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Allianceone Receivables Mgmt | Unsecured | 262.20 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 4,056.58 | 0.00 | 4,056.58 | 174.47 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 0.00 | 8,032.83 | 345.49 | 0.00 |
| American InfoSource LP | Unsecured | 12,073.42 | 0.00 | 3,856.53 | 165.87 | 0.00 |
| American Medical Response | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Arstrat | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Asset Acceptance Corp | Unsecured | NA | 0.00 | 2,955.33 | 127.11 | 0.00 |
| Asset Acceptance Corp | Unsecured | NA | 0.00 | 2,687.65 | 115.60 | 0.00 |
| Asset Acceptance LLC | Unsecured | 12,703.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Audit & Adjustment Co., Inc | Unsecured | 425.33 | NA | NA | 0.00 | 0.00 |
| BANANA REPUBLIC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Services | Unsecured | 965.88 | NA | NA | 0.00 | 0.00 |
| BUREAU OF COLLECTIONS | Unsecured | 572.98 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERVICES | Unsecured | NA | 0.00 | 20,097.63 | 864.40 | 0.00 |
| Carla J Bauman MD | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Carlson, McMahon and Sealby | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Centurylink | Unsecured | NA | 0.00 | 287.80 | 12.38 | 0.00 |
| Citibank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CN Collections | Unsecured | 148.81 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EGP Investments LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EGP Investments LLC | Unsecured | 9,034.00 | 0.00 | 9,693.64 | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 542.98 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GE Capital | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Secured | NA | 0.00 | 31,910.00 | 31,910.00 | 2,834.56 |
| Internal Revenue Service | Priority | 21,761.00 | 0.00 | 14,942.12 | 14,942.12 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 0.00 | 5,485.02 | 5,485.02 | 0.00 |
| Internal Revenue Service | Unsecured | 51,708.12 | 0.00 | 24,320.38 | 1,046.02 | 0.00 |
| Issaquah Municipal Court | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Issaquah Schools | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems  LLC | Unsecured | 355.84 | 0.00 | 355.84 | 15.30 | 0.00 |
| K Michael Fitzgerald | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kelly J Campanario | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Legal Outsourcing | Unsecured | 1,510.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan | Unsecured | 180.60 | NA | NA | 0.00 | 0.00 |
| Little Gym | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| Lynne Wilk | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit | Unsecured | 0.00 | 0.00 | 40.03 | 1.72 | 0.00 |
| Merchants Credit | Unsecured | NA | 0.00 | 511.60 | 22.00 | 0.00 |
| Merchants Credit | Unsecured | 100.00 | 0.00 | 100.00 | 4.30 | 0.00 |
| Midland Credit Management | Unsecured | 8,014.79 | 0.00 | 17,181.73 | 738.99 | 0.00 |
| Midland Credit Management | Unsecured | 0.00 | 0.00 | 427.58 | 18.39 | 0.00 |
| Moneytree Inc | Unsecured | 795.00 | 0.00 | 795.00 | 34.19 | 0.00 |
| NCO Financial System Inc | Unsecured | 0.00 | 0.00 | 165.38 | 7.11 | 0.00 |
| NCO Financial System Inc | Unsecured | NA | 0.00 | 338.88 | 14.58 | 0.00 |
| NCO Financial System Inc | Unsecured | 0.00 | 0.00 | 341.31 | 14.68 | 0.00 |
| Northland Group, Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Nystrom | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Olympic Collection Inc | Unsecured | 0.00 | 0.00 | 148.82 | 6.40 | 0.00 |
| Olympic Collection Inc | Unsecured | 0.00 | 0.00 | 326.88 | 14.06 | 0.00 |
| Overlake | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Pacific Medical | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| Paypal | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 6,750.58 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Progressive Financial Services | Unsecured | 145.36 | NA | NA | 0.00 | 0.00 |
| Puget Sound Energy | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 0.00 | 176.38 | 7.59 | 0.00 |
| Seattle Municipal Court | Unsecured | NA | 0.00 | 72.00 | 3.10 | 0.00 |
| Seattle Urological | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Sentry Credit Inc | Unsecured | 271.44 | NA | NA | 0.00 | 0.00 |
| Surefire Recovery | Unsecured | 372.69 | NA | NA | 0.00 | 0.00 |
| Suttell & Hammer, PS | Unsecured | 8,300.00 | NA | NA | 0.00 | 0.00 |
| Suttell & Hammer, PS | Unsecured | 20,398.64 | NA | NA | 0.00 | 0.00 |
| Swedish Hospital | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Swedish Medical Center | Unsecured | NA | 0.00 | 600.00 | 25.81 | 0.00 |
| Thomas K Atwood | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| U.S. Bankruptcy Court | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Unifund CCR LLC | Unsecured | 11,915.05 | NA | NA | 0.00 | 0.00 |
| United States Trustee | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| United Student Aid Funds Inc (USAF) | Unsecured | 66,993.00 | 0.00 | 67,498.85 | 2,903.13 | 0.00 |
| University of Washington | Unsecured | 41.50 | NA | NA | 0.00 | 0.00 |
| Valley Empire Collection | Unsecured | 175.00 | 0.00 | 185.66 | 7.99 | 0.00 |
| Wayne Porter | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Unsecured | NA | 0.00 | 542.98 | 23.35 | 0.00 |
| WSDOT | Unsecured | 48.95 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | | | |
|---|---|---|---|
| | Claim Allowed | Principal Paid | Interest Paid |
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $41,603.64 | $31,910.00 | $2,834.56 |
| **TOTAL SECURED:** | **$41,603.64** | **$31,910.00** | **$2,834.56** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $20,427.14 | $20,427.14 | $0.00 |
| **TOTAL PRIORITY:** | **$20,427.14** | **$20,427.14** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$156,103.65** | **$6,714.03** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $7,332.26 |
| Disbursements to Creditors | $61,885.73 |
| **TOTAL DISBURSEMENTS** : | **$69,217.99** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/14/2020 By: /s/ Jason Wilson-Aguilar

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**